## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABSN INC., ASSET-BACKED CERTIFICATES, SERIES 2006-19,

Respondent

v.

JASON E. ROMAN,

Petitioner

: No. 746 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 29th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

   Mr. Justice Eakin did not participate in the decision of this matter.